**SODW**
MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
mhall@lawhjc.com
MONTE HALL, ESQ.
Nevada Bar No. 000239
montehall@lawhjc.co

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

Attorneys for Defendant
RICK PARSONS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA LYTLE,<br><br>    Plaintiff,<br><br>vs.<br><br>RICK PARSONS, individually; AVIS BUDGET CAR RENTAL, LLC, a Delaware Limited Liability Corporation, d/b/a AVIS RENTAL; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>    Defendants. | CASE NO. 2:11-cv-01341-GMN-GWF<br>DEPT NO. |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, ADAM D. SMITH, ESQ. and PAUL D. POWELL, ESQ. of GLEN J. LERNER AND ASSOCIATES, for Plaintiff, Jessica Lytle, and MICHAEL R. HALL, ESQ. and MONTE HALL, ESQ. of HALL JAFFE & CLAYTON, LLP, for Defendant, Rick Parsons, and submit the following Stipulations:

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY STIPULATED that this matter shall be dismissed with prejudice with each party to bear their own attorney fees and costs.

DATED this 21st day of January, 2013.

HALL JAFFE & CLAYTON, LLP

By:  /s/ Monte Hall, Esq.
MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
MONTE HALL, ESQ.
Nevada Bar No. 000239
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Rick Parsons*

DATED this 21st day of January, 2013.

GLEN J. LERNER AND ASSOCIATES

By:  /s/ Paul D. Powell, Esq.
ADAM D. SMITH, ESQ.
Nevada Bar No. 009690
PAUL D. POWELL, ESQ.
Nevada Bar No. 007488
4795 S. Durango Drive
Las Vegas, NV 89147
*Attorneys for Plaintiff*

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made that a Trial of this matter has been set for December 4, 2012;

IT IS HEREBY ORDERED that all of Jessica Lytle's claims shall be dismissed with prejudice with each party to bear their own attorney fees and costs.

**DATED** this 23rd day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted:

HALL JAFFE & CLAYTON, LLP

By: /s/ Monte Hall, Esq.
MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
MONTE HALL, ESQ.
Nevada Bar No. 000239
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendant Rick Parsons*

3