1  **SODW**
MICHAEL R. HALL, ESQ.
2  Nevada Bar No. 005978
mhall@lawhjc.com
3  MONTE HALL, ESQ.
Nevada Bar No. 000239
4  montehall@lawhjc.co

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

Attorneys for Defendant
RICK PARSONS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA LYTLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICK PARSONS, individually; AVIS BUDGET CAR RENTAL, LLC, a Delaware Limited Liability Corporation, d/b/a AVIS RENTAL; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>　　　　　Defendants. | CASE NO.　2:11-cv-01341-GMN-GWF<br>DEPT NO. |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW, ADAM D. SMITH, ESQ. and PAUL D. POWELL, ESQ. of GLEN J. LERNER AND ASSOCIATES, for Plaintiff, Jessica Lytle, and MICHAEL R. HALL, ESQ. and MONTE HALL, ESQ. of HALL JAFFE & CLAYTON, LLP, for Defendant, Rick Parsons, and submit the following Stipulations:

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS HEREBY STIPULATED that this matter shall be dismissed with prejudice with each party
2  to bear their own attorney fees and costs.

3  DATED this 21st day of January, 2013.                    DATED this 21st day of January, 2013.

4  HALL JAFFE & CLAYTON, LLP                                GLEN J. LERNER AND ASSOCIATES

6  By:  /s/ Monte Hall, Esq.                                By:  /s/ Paul D. Powell, Esq.
       MICHAEL R. HALL, ESQ.                                     ADAM D. SMITH, ESQ.
7      Nevada Bar No. 005978                                     Nevada Bar No. 009690
       MONTE HALL, ESQ.                                          PAUL D. POWELL, ESQ.
8      Nevada Bar No. 000239                                     Nevada Bar No. 007488
       7425 Peak Drive                                           4795 S. Durango Drive
9      Las Vegas, Nevada 89128                                   Las Vegas, NV 89147
       *Attorneys for Defendant Rick Parsons*                    *Attorneys for Plaintiff*

2

**ORDER**

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made that a Trial of this matter has been set for December 4, 2012;

IT IS HEREBY ORDERED that all of Jessica Lytle's claims shall be dismissed with prejudice with each party to bear their own attorney fees and costs.

**DATED** this 23rd day of January, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted:

HALL JAFFE & CLAYTON, LLP

By:  /s/ Monte Hall, Esq.
MICHAEL R. HALL, ESQ.
Nevada Bar No. 005978
MONTE HALL, ESQ.
Nevada Bar No. 000239
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendant Rick Parsons*

3